

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

RNJRV Enterprises, LLC d/b/a
Staybridge Suites,

\* From the 161st District Court
of Ector County,
Trial Court No. B-16-12-1193-CV.

Vs. No. 11-17-00178-CV

\* June 14, 2018

Sun City Winnelson Co.,

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.